# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| BEVERLY EHLEN, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| v. | ) |
| | ) No. 12-3122-CV-S-FJG |
| ROBIN CARNAHAN, Missouri Secretary of State, in her official capacity, | ) ) ) |
| | ) |
| Defendant. | ) |

## ORDER

Pending before the Court is the State of Missouri's Motion for Leave to Intervene (Doc. No. 11), pursuant to Fed. R. Civ. P. 5.1 and 24. While they indicate it is unclear whether the apportionment map at issue in this case qualifies as a "state statute" under Fed. R. Civ. P. 5.1, plaintiffs indicate they have no objection to the Attorney General's participation in this case.

For good cause shown, the motion for leave to intervene (Doc. No. 11) is **GRANTED**, and the State of Missouri by and through the Missouri Attorney General's Office shall be allowed to intervene.

**IT IS SO ORDERED.**

Date: March 13, 2012
Kansas City, Missouri

**S/ FERNANDO J. GAITAN, JR.**
Fernando J. Gaitan, Jr.
Chief United States District Judge